**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| SAR VALERIA VELASQUEZ-GOMEZ, | : | |
| | : | Civil Action No. 25-17327 (BRM) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| LUIS SOTO, et al., | : | |
| | : | |
| Respondents. | : | |

     **THIS MATTER** comes before the Court upon Petitioner's Motion to Enforce Judgment. (ECF No. 11.) Respondents shall file a response to Petitioner's Motion addressing Petitioner's arguments. In addition to addressing Petitioner's arguments, Respondents shall address this Court's jurisdiction to address the Motion, including whether Petitioner is considered "in custody," and any exhaustion arguments.

     Accordingly, and for good cause appearing

     **IT IS** on this 23rd day of December 2025,

     **ORDERED** that Respondents shall file a response to Petitioner's Motion to Enforce Judgment consistent with this Order within fourteen (14) days of the date of this Order; and it is further

     **ORDERED** that Petitioner may file a reply within seven (7) days of receipt of Respondents' response; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties

electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**