# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SAR VALERIA VELASQUEZ-GOMEZ, | |
| Petitioner, | Civil Action No. 25-17327 (BRM) |
| v. | **ORDER** |
| LUIS SOTO, et al., | |
| Respondents. | |

**MARTINOTTI, DISTRICT JUDGE**

This matter comes before the Court upon Petitioner's Motion to Withdraw (ECF No. 14) her Motion to Enforce Judgment (ECF No. 11).

Accordingly, and for good cause appearing,

**IT IS** on this 31st day of December 2025,

**ORDERED** that Petitioner's Motion to Withdraw (ECF No. 14) is **GRANTED**; and it is further

**ORDERED** that Petitioner's Motion to Enforce Judgment (ECF No. 11) is **WITHDRAWN**; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**